Case 5:20-cv-00070-JPB-JPM   Document 1   Filed 04/08/20   Page 1 of 3   PageID #: 1

FILED
10:36 am, Apr 08, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

1:20-cv-01082-JRS-TAB

My name is Cory Bailey, 15087-028. I went to lunch mainline on Thursday February 20, 2020. I entered through the green corridor and walked through the first detector. It beeped as always do to the fact I don't have a I.D. and metal screws in my ankle. I was told to walk through the second metal detector. I told the officer he could search me I don't have a I.D. and metal in my body. The detector will beep. The officer was LT M. Barber. He ordered me to do as he says and walk through the second detector, then he informed me I don't tell him what to do. I replied OK buddy and done what I was told. I walked through the second detector it also beeped. He then told me to come to him to get searched, he said spread your arms and legs. LT M. Barber proceeded to search my arms then my waist down my left leg then (INSIDE) my left pocket that had nothing inside of it. Then my right side down my leg and (INSIDE) my right side ~~in my~~ pocket that also had nothing inside. At this time is when LT M. Barber groped my genitals. I immediately looked down amazed that LT M. Barber groped my genitals. I flinched and asked him what he was

doing? (I looked around to see if anyone else witnessed this encounter.) He responded by saying and I quote. "WE DO REALLY GOOD SEARCHES HERE". Then he asked me how long have I been here. I ignored the misconduct from LT M. Barber not to mention several officers standing their along with LT M. Barber's actions and unprofessionalism. I walked away and said have a nice day buddy going towards the chow line. LT M. Barber told me to come back and said to me and I quote. "SINCE IM YOUR BUDDY AND I KNOW WHAT YOUR WORKING WITH STAND NEXT TO ME WITH YOUR BACK ON THE WALL"... I was forced to stand on the wall with LT M. Barber and 5 other officers while several inmates walked past. I felt oppressed and humiliated by what was happening, and what just happen seconds prior. I asked LT M. Barber what are you doing and why? I said to LT M. Barber you could get me accused of something jumped or stabbed. This is U.S.P Hazelton LT M. Barber stated he know with a smile on his face. Another inmate walked up and asked a question was R&D open. I told LT M. Barber that I also needed to go to R&D. I felt uncomfortable and defeated by LT M. Barber's brazen unprofessionalism.

A officer who abused his power for his own personal gradyfication. I diligently seeking for this encounter to be investigated I have contacted my Lawyer and family I know this act should be punished by the fullest extent of BOP policy as well as federal law